1  Angela Bovo

2
3  PRO SE

8        Western Federal District Court OF THE STATE OF

9        Washington COUNTY OF King County, Seattle

13  Angela Bovo                          ) Case Number:
                                         )
14        Plaintiffs and Respondents,    ) Superior Court Case No.:  103052481
                                         )
15  v. King County                       ) NOTICE OF MOTION
                                         ) Status Update
16   Superior Court                      )
                                         )
17        Defendant and                  )

21  Discovery Requests
22  Will present previously written statement
23  Expert Witness-Leann Dunn
24  Expert Witness-Chris Wood
25  Expert Witness- Lucky Bovo
26  Expert Witness-Todd Bovo
27  Expert Witness- Honorable Keane (Cook Islands High Court, Rarotonga, Avarua Contracted
28  _ this court will note the Cook Islands is not under the Hauge or UUCJEA jurisdiction.  They do
however contract this service through a retired pool of New Zealand Superior High Court Judges
twice a year, though scheduling is limited.
Wellington Family Law- UUCJEA                                                              .
Expert Witnesses from The parenting association

Appellant seeks a settled statement for the following proceedings:

- Trial date 1:20:2017

DATED:_____

## Status Update

I, Angela Bovo

1. I declare because of prejudiced and discrimination in this matter has had many opportunities thro

1-

DATED: 9.2.21                                                     /s/ Angela Bovo

Status update